No. 95–202. YOUNG ET UX., DBA YOUNG'S DELI AND FORMERLY DBA COUNTRY FAIR STORE NO. 90, ET AL. *v.* COUNTRY

FAIR, INC., ET AL. C. A. 3d Cir. Certiorari denied.